1
2
3
4
5                    UNITED STATES DISTRICT COURT
6
                         DISTRICT OF NEVADA
7                               * * *
8    CHARLES WATTS,                    )
9                                      )
              Plaintiff,               )
10                                     )        2:09-cv-1035-PMP-GWF
      v.                               )
11                                     )
     BRIAN WILLIAMS, et al.,           )        ORDER
12                                     )
              Defendant.               )
13                                     )
     _____ )
14
          **IT IS ORDERED that** Plaintiff's Ex Parte Motion Requesting Evidentiary
15
     Hearing (Doc. #11) and Ex Parte Motion to Reconsider Appointment of Federal Counsel
16
     (Doc. #12) are **DENIED**.
17
18
     DATED: March 21, 2011.
19
20                                   _____
21                                   PHILIP M. PRO
                                     United States District Judge
22
23
24
25
26
27
28